IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:15cr38HSO-JCG

MEGAN MURLEY,   18 U.S.C. § 371
DAVID BURNEY,
GREG ANDERSON,
JOE GONZALES, and
CHARLES SLATON a/k/a Cody Blue

**The Grand Jury charges:**

That from on or about October 4, 2013, and continuing to November 18, 2014, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MEGAN MURLEY, DAVID BURNEY, GREG ANDERSON, JOE GONZALES, and CHARLES SLATON a/k/a Cody Blue,** did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States as follows:

Theft of mail, in violation of Section 1708, Title 18, United States Code.

Possession and use of a means of identification of another person, in violation of Section 1028, Title 18, United States Code.

It was a part of the conspiracy that the defendants would steal mail matter from mail boxes; take checks from mail stolen out of authorized depositories for mail matter and use the financial information contained within it, by utilizing the routing and account numbers from the stolen checks to reproduce checks which would appear to be legitimate, in order to purchase

items such as food, clothing, electronics, toys, gift cards, and prepaid credit cards.

In furtherance of the conspiracy and to carry out its objectives, the following overt acts were committed:

1. On or between October 4, 2013 and November 6, 2013, **BURNEY** stole mail from authorized depositories for mail matter.

2. On or about November 6, 2013 at approximately 11:45 a.m., **BURNEY** entered the Wal-Mart located in Biloxi, Mississippi, with a counterfeit check.

3. On or about November 6, 2013 at approximately 1:51 p.m., **BURNEY** entered the Wal-Mart located in Biloxi Mississippi, with a counterfeit check.

4. On or about February 7, 2014, **MURLEY** possessed a stolen check belonging to a victim identified herein as M.A.

5. On or about February 7, 2014, **MURLEY** possessed a stolen check belonging to a victim identified herein as M.C.

6. On or about February 7, 2014, **MURLEY** possessed a stolen check belonging to a victim identified herein as M.L.

7. On or between November 22, 2013 and January 1, 2014, **ANDERSON** stole mail from authorized depositories for mail matter.

8. On or about January 1, 2014, **ANDERSON** and **SLATON** traveled with **MURLEY** to the Wal-Mart located in Pass Christian, Mississippi.

9.     On or about January 24, 2014, **GONZALEZ** traveled with **MURLEY** to the Wal-Mart located in Crowley, Texas.

All in violation of Section 371, Title 18, United States Code.

*[Signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

Redacted Signature
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 20th day of MAY, 2015.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE