1:15cr38HSO-JCG

**CRIMINAL CASE COVER SHEET**
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 20 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: Biloxi and Pass Christian

COUNTY: Harrison

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: Charles Slaton a/k/a Cody Blue

**U.S. ATTORNEY INFORMATION:**

AUSA  Jay T. Golden         BAR # 4881

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1    ___ PETTY    ___ MISDEMEANOR    1  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC 371 | Conspiracy to Commit Mail Theft and Identity Theft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 5/12/15         SIGNATURE OF AUSA: _____

(Revised 2/26/10)